# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2885
LT Case No. 2015-CA-1016

_____

JOHN S. TURAN and MERCEDES
P. TURAN,

    Appellants,

    v.

SPECIALIZED LOAN SERVICING
LLC, PROGRESSIVE INSURANCE
COMPANY, as SUBROGEE of
DONNA VEZINA, UNITED STATES
of AMERICA, DEPARTMENT of THE
TREASURY INTERNAL REVENUE
SERVICE, MARY WALDMAN, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Marion County.
Steven G. Rogers, Judge.

Scott A. Rosin, of Scott A. Rosin, P.A., Tampa, for Appellants.

Charles P. Gufford and Nicholas John Vanhook, of McCalla
Raymer Liebert Pierce, LLC, Orlando, for Appellee, Specialized
Loan Servicing, LLC.

No Appearance for Remaining Appellees.

June 18, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and SOUD and MACIVER, JJ., concur.

––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––